# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

In re:

JM SQUARED, LLC,

      Appellant,

v.

RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,

      Appellee.

Case No. 8:26-cv-00058-AH

**ORDER APPROVING STIPULATION TO DISMISS APPEAL WITH PREJUDICE [21] [JS-6]**

Before the Court is the Parties' Stipulation to Dismiss Appeal with Prejudice (ECF No. 21("Stipulation")).  Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS that the Appeal Case No. 8:26-cv-00058-AH is hereby DISMISSED with prejudice with all parties bearing their own fees and costs.

      IT IS SO ORDERED.

DATED: APRIL 20, 2026

_____

ANNE HWANG

UNITED STATES DISTRICT JUDGE

CC:US BKCOURT

1